UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 17 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In the Matter of: DONITA J. COLE,

Debtor,

DONITA J. COLE,

Plaintiff - Appellant,

v.

MR CAPITAL, LLC,

Defendant - Appellee.

No. 16-16776

D.C. No. 2:16-cv-02080-SRB
U.S. District Court for Arizona,
Phoenix

**ORDER**

The answering brief submitted on March 10, 2017 is filed.

Within 7 days of this order, appellee is ordered to file 7 copies of the brief in

paper format, with a red cover, accompanied by certification (attached to the end of

each copy of the brief) that the brief is identical to the version submitted

electronically. A sample certificate is available on the Court's website,

www.ca9.uscourts.gov, at the Electronic Filing - CM/ECF link.

The paper copies shall be printed from the PDF version of the brief created

from the word processing application, not from PACER or Appellate CM/ECF.

The Court has reviewed the excerpts of record submitted on March 10,

2017. Within 7 days of this order, appellee is ordered to file 4 copies of the

excerpts in paper format, with a white cover. The paper copies must be in the format described in 9th Circuit Rule 30-1.6.

The paper copies shall be submitted to the principal office of the Clerk. For regular U.S. mail, the address is P.O. Box 193939, San Francisco, CA 94119-3939. For overnight mail, the address is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Gabriela Van Allen
Deputy Clerk
Ninth Circuit Rule 27-7